RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 0 4 2026

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 18 U.S.C. § 2261A(2)(B) |
| | 18 U.S.C. § 871(a) |
| v. | |
| | 5:26-cr-00088-01 |
| JUSTIN CHADWICK BUTLER, | Judge Doughty |
| | Magistrate Judge Hornsby |
| Defendant | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### Cyberstalking
[18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5)]

From on or about September 29, 2025, and continuing through on or about February 5, 2026, in the Western District of Louisiana and elsewhere, the defendant,

**JUSTIN CHADWICK BUTLER,**

did, with the intent to harass and intimidate another person, that is, M.J., use an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, that is, the Internet and social media websites, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person and an immediate family member of that person, in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

## COUNT 2
### Threats Against a Successor to the Presidency
[18 U.S.C. § 871(a)]

On or about February 3, 2026, in the Western District of Louisiana and elsewhere, the defendant,

### JUSTIN CHADWICK BUTLER,

did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon an officer next in the order of succession to the office of President of the United States, that is, M. J., the Speaker of the United States House of Representatives, in that the defendant made a social media post stating, among other things, that M.J. "couldnt lie so smoothly with bullet holes in his face," in violation of Title 18, United States Code, Section 871(a).

## COUNT 3
### Threats Against the President and a Successor to the Presidency
[18 U.S.C. § 871(a)]

On or about February 4, 2026, in the Western District of Louisiana and elsewhere, the defendant,

### JUSTIN CHADWICK BUTLER,

did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, that is, D.J.T., and an officer next in the order of succession to the office of President of the United States, that is, M.J., the Speaker of the United States House of Representatives, in that the defendant made a social media post stating, "[a] real patriot would kill some of these traitors that

have made this possible. [D.J.T.] and [M.J.] top of the list who i want to see tried and hanged for treason. What about y'all? Also, assassinate Netanyahu while we drop those two traitors," in violation of Title 18, United States Code, Section 871(a).

A TRUE BILL

REDACTED
FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

_____
WILLIAM GASKINS
ASSISTANT UNITED STATES ATTORNEY